## SAMUEL POWERS vs. *Providence*, 1752

Mar Howard J^r for Respond^ts

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty Held at Newport In the Colony afores<sup>d</sup> on Monday the Twenty fifth of May A. D, 1752 at Ten o Clock A. M.

Present the Honorable Sam<sup>ll</sup> Wickham Esq<sup>r</sup> Dep: Judge

The Court being opened